Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

FABIO LECOCHE (AND WIFE,                      Index No.: 07-CV-5415
JACQUELINE LECOCHE),

                        Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER
                                              TO MASTER COMPLAINT**

   -against-                                  **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK LTD, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

   PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter

referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its

Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

   WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as

"MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       October 9, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER"),

By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel